THE HONORABLE KYMBERLY K. EVANSON

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| CINDY BALMORES, JUSTIN BRASWELL, DEBORAH GARVIN, and THEA ANDERSON, for themselves, as private attorneys general, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SIRIUS XM RADIO INC.,<br><br>Defendant. | Case No. 2:24-cv-886-KKE<br><br>**STIPULATION AND ORDER TO STAY CASES PENDING MEDIATION** |

**WHEREAS**, on June 21, 2024, Plaintiffs Cindy Balmores, Justin Braswell, Deborah Garvin, and Thea Anderson individually, as private attorneys general, and on behalf of all others similarly situated, ("Plaintiffs") filed the above-captioned action *Balmores et al v. Sirius XM Radio Inc.*;

**WHEREAS**, this matter is presently pending before this Court;

**WHEREAS**, the parties in the instant litigation plan to engage a private mediator in order to attempt to resolve the claims in this dispute and others across the country;

**WHEREAS**, the parties seek to stay all proceedings for a period of sixty (60) days while they pursue mediation in good faith in order to conserve the resources of the parties, third parties, and the Court;

**WHEREAS**, this Court has "the power to stay proceedings . . . incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U. S. 248, 254 (1936);

**WHEREAS**, courts across this country regularly stay cases referred to mediation;

**WHEREAS**, mediation may resolve this case and others in their entirety;

**WHEREAS**, a stay may conserve judicial resources by allowing the court to avoid expending resources on resolving disputes which may become moot if mediation resolves the parties' claims;

**IT IS HEREBY STIPULATED AND AGREED,** by and among the Parties, and subject to the approval of the Court that:

1. The parties shall engage in mediation before a private-mediator selected according to terms negotiated by both parties, according to a jointly devised procedure;

STIPULATION AND ORDER TO STAY CASES
PENDING MEDIATION

2. These proceedings shall be stayed in their entirety for a period of sixty (60) days, in order that the parties may pursue mediation; and

3. The parties shall provide the Court with a joint update regarding the status of the mediation effort, including any proposed schedule for further mediation or litigation, no less than ten (10) days prior to the expiration of the stay.

**DATED:** July 16, 2024

/s/ Eric P. Stephens
Eric P. Stephens*
Lee A. Armstrong*
JONES DAY
250 Vesey Street, 34th Floor
New York, NY 10281
Telephone: 212.326.3658
Facsimile: 212.755.7306
epstephens@jonesday.com
laarmstrong@jonesday.com

* *Pro hac vice* application to be submitted

*Attorneys for Defendant
Sirius XM Radio Inc.*

/s/ Daniel M. Hattis
Daniel M. Hattis, WSBA No. 50428
Paul Karl Lukacs, WSBA No. 56093
HATTIS & LUKACS
11711 SE 8th St, Suite 120
Bellevue, WA 98005
Telephone: (425) 233-8650
Facsimile: (425) 412-7171
dan@hattislaw.com
pkl@hattislaw.com

And

Stephen P. DeNittis*
DENITTIS OSEFCHEN PRINCE, P.C.
5 Greentree Centre, Suite 410
523 Route 73 N.
Marlton, New Jersey 08057
Telephone: (856) 797-9951
sdenittis@denittislaw.com

* *Pro hac vice* application to be submitted

*Attorneys for Plaintiffs
and the Proposed Class*

July 18, 2024

**SO ORDERED**:

_____
Kymberly K. Evanson
United States District Judge