THE HONORABLE KYMBERLY K. EVANSON

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| CINDY BALMORES, JUSTIN BRASWELL, DEBORAH GARVIN, and THEA ANDERSON, for themselves, as private attorneys general, and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SIRIUS XM RADIO INC.,<br><br>Defendant. | Case No. 2:24-cv-886-KKE<br><br>**STIPULATED MOTION AND ORDER TO FURTHER STAY CASE AND TO CONTINUE DEADLINES** |

STIPULATED MOTION AND ORDER TO FURTHER STAY CASE AND TO CONTINUE DEADLINES - 1
CASE NO. 2:24-CV-886-KKE

**HATTIS & LUKACS**
11711 SE 8th Street, Suite 120
Bellevue, WA 98005
T: 425.233.8650 | F: 425.412.7171
www.hattislaw.com

**STIPULATION**

**WHEREAS**, on June 21, 2024, Plaintiffs Cindy Balmores, Justin Braswell, Deborah Garvin and Thea Anderson, on behalf of themselves and all other similarly situated (collectively, "Plaintiffs"), filed their Complaint against Defendant Sirius XM Radio Inc. ("Sirius XM") in this civil action captioned *Balmores v. Sirius XM Radio Inc.* (Dkt. 1);

**WHEREAS**, on July 18, 2024, this Court entered a Stipulation And Order To Stay Cases Pending Mediation (Dkt. 6) that stayed these proceedings in their entirety for sixty (60) days so that the parties could pursue mediation;

**WHEREAS**, on September 6, 2024, the parties filed a Joint Status Report (Dkt. 7) that advised the Court that the mediation had occurred but that the parties had not been successful in coming to a settlement;

**WHEREAS**, on October 29, 2024, the parties filed their Joint Rule 26(f) Report And Discover Plan (Dkt. 9), which proposed multiple deadlines, including a deadline for the filing of Plaintiffs' motion for class certification (Dkt. 9, § 4), a deadline for the close of fact discovery (Dkt. 9, § 5(B)(ii)) and deadlines governing expert discovery (*Ibid.*);

**WHEREAS**, the parties are currently in the process of diligently exploring a potential resolution of this civil action;

**WHEREAS**, the parties' efforts at resolution would be aided by the Court's staying this civil action in its entirety for a further sixty (60) calendar days and by continuing all deadlines proposed in the Joint Rule 26(f) Report And Discover Plan by sixty (60) calendar days;

NOW, THEREFORE, PLAINTIFFS AND SIRIUS XM STIPULATE, AGREE AND RESPECTFULLY REQUEST THAT THIS COURT ORDER THAT:

1. These proceedings be stayed in their entirety for a period of sixty (60) calendar days from the date of entry of this Order;

2. All deadlines proposed in the Joint Rule 26(f) Report And Discovery Plan be continued by sixty (60) calendar days; and

STIPULATED MOTION AND ORDER TO FURTHER
STAY CASE AND TO CONTINUE DEADLINES - 2
CASE NO. 2:24-CV-886-KKE

**HATTIS & LUKACS**
11711 SE 8th Street, Suite 120
Bellevue, WA 98005
T: 425.233.8650 | F: 425.412.7171
www.hattislaw.com

3. The parties shall provide the Court with a joint status report no less than seven (7) calendar days prior to the expiration of the stay.

**DATED:** November 3, 2024

| JONES DAY | HATTIS & LUKACS |
|---|---|
| /s/ *Eric P. Stephens* | /s/ *Paul Karl Lukacs* |
| Eric P. Stephens* | Daniel M. Hattis (WSBA 50428) |
| Lee A. Armstrong* | Paul Karl Lukacs (WSBA 56093) |
| JONES DAY | HATTIS & LUKACS |
| 250 Vesey Street, 34th Floor | 11711 SE 8th Street, Suite 120 |
| New York, NY 10281 | Bellevue, WA 98005 |
| Telephone: 212.326.3658 | Telephone: (425) 233-8650 |
| Facsimile: 212.755.7306 | dan@hattislaw.com |
| epstephens@jonesday.com | pkl@hattislaw.com |
| laarmstrong@jonesday.com | |

**Pro hac vice* application to be submitted
*Attorneys for Defendant
Sirius XM Radio Inc.*

and

Stephen P. DeNittis*
DENITTIS OSEFCHEN PRINCE, P.C.
5 Greentree Centre, Suite 410
523 Route 73 N.
Marlton, New Jersey 08057
Telephone: (856) 797-9951
sdenittis@denittislaw.com

**Pro hac vice* application to be submitted*

*Attorneys for Plaintiffs
and the Proposed Class*

**ORDER**

IT IS SO ORDERED:

November 4, 2024

_Kymberly K. Evanson_ (signature)

Kymberly K. Evanson
United States District Judge

STIPULATED MOTION AND ORDER TO FURTHER
STAY CASE AND TO CONTINUE DEADLINES - 3
CASE NO. 2:24-CV-886-KKE

HATTIS & LUKACS
11711 SE 8th Street, Suite 120
Bellevue, WA 98005
T: 425.233.8650 | F: 425.412.7171
www.hattislaw.com