THE HONORABLE KYMBERLY K. EVANSON

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| CINDY BALMORES, JUSTIN BRASWELL, DEBORAH GARVIN, and THEA ANDERSON, for themselves, as private attorneys general, and on behalf of all others similarly situated,<br><br>                              Plaintiffs,<br><br>v.<br><br>SIRIUS XM RADIO INC.,<br><br>                              Defendant. | Case No. 2:24-cv-886-KKE<br><br>**STIPULATION AND ORDER RE: PROPOSED LITIGATION SCHEDULE** |

STIPULATION AND ORDER RE:
PROPOSED LITIGATION SCHEDULE - 1
CASE NO. 2:24-CV-886-KKE

**HATTIS & LUKACS**
11711 SE 8th Street, Suite 120
Bellevue, WA  98005
T: 425.233.8650 | F: 425.412.7171
www.hattislaw.com

**STIPULATION**

**WHEREAS**, on June 21, 2024, Plaintiffs Cindy Balmores, Justin Braswell, Deborah Garvin and Thea Anderson, on behalf of themselves and all other similarly situated (collectively, "Plaintiffs"), filed their Complaint against Defendant Sirius XM Radio Inc. ("Sirius XM") in this civil action captioned *Balmores v. Sirius XM Radio Inc.* (Dkt. 1);

**WHEREAS**, on July 18, 2024, this Court entered a Stipulation And Order To Stay Cases Pending Mediation (Dkt. 6) that stayed these proceedings in their entirety for sixty (60) days so that the parties could pursue mediation;

**WHEREAS**, on September 6, 2024, the parties filed a Joint Status Report (Dkt. 7) that advised the Court that the mediation had occurred but that the parties had not been successful in coming to a settlement;

**WHEREAS**, on October 29, 2024, the parties filed their Joint Rule 26(f) Report And Discovery Plan (Dkt. 9), which proposed multiple deadlines, including a deadline for the filing of Plaintiffs' motion for class certification (Dkt. 9, § 4), a deadline for the close of fact discovery (Dkt. 9, § 5(B)(ii)) and deadlines governing expert discovery (*Ibid.*);

**WHEREAS**, on November 4, 2024, this Court entered a Stipulation And Order (Dkt. 11) that once again stayed these proceedings in their entirety until January 3, 2025, so that the parties could continue pursuing mediation;

**WHEREAS**, on December 27, 2024, the parties filed a Joint Status Report (Dkt. 17) that advised the Court that the parties had still not reached a resolution;

**WHEREAS**, on January 23, 2025, the Court held a Scheduling Conference in which the Court directed the parties to file an updated Joint Status Report with a proposed schedule for litigation;

**NOW, THEREFORE, PLAINTIFFS AND SIRIUS XM STIPULATE, AGREE AND RESPECTFULLY REQUEST THAT THIS COURT ORDER THAT**:

1. Plaintiffs shall file their First Amended Complaint within thirty (30) days after the date of entry of this Order;

2. Defendant shall file its Answer or responsive motion within thirty (30) days

STIPULATION AND ORDER RE:
PROPOSED LITIGATION SCHEDULE - 2
CASE NO. 2:24-CV-886-KKE

**HATTIS & LUKACS**
11711 SE 8th Street, Suite 120
Bellevue, WA 98005
T: 425.233.8650 | F: 425.412.7171
www.hattislaw.com

after Plaintiffs' filing of the First Amended Complaint;

3. Plaintiffs shall file an Opposition or Response to Defendant's responsive motion within thirty (30) days after Defendant's filing of a responsive motion;

4. Defendant may file a Reply in support of its responsive motion within fourteen (14) days after Plaintiffs' filing of an Opposition or Response to the responsive motion; and

5. The parties shall file an amended Joint Rule 26(f) Report And Discovery Plan, if any, within fourteen (14) days of a decision on Defendant's responsive motion.

**DATED:** January 28, 2025

| JONES DAY | HATTIS & LUKACS |
|---|---|
| /s/ *Eric P. Stephens*<br>Eric P. Stephens, admitted *pro hac vice*<br>Lee A. Armstrong* | /s/ *Daniel M. Hattis*<br>Daniel M. Hattis (WSBA 50428)<br>Paul Karl Lukacs (WSBA 56093)<br>Che Corrington (WSBA No. 54241) |
| JONES DAY<br>250 Vesey Street, 34th Floor<br>New York, NY 10281<br>Telephone: 212.326.3939<br>Facsimile: 212.755.7306<br>epstephens@jonesday.com<br>laarmstrong@jonesday.com | HATTIS & LUKACS<br>11711 SE 8th Street, Suite 120<br>Bellevue, WA 98005<br>Telephone: (425) 233-8650<br>dan@hattislaw.com<br>pkl@hattislaw.com<br>che@hattislaw.com |
| **Pro hac vice* application to be submitted | |
| and | and |
| Tim D. Wackerbarth<br>BALLARD SPAHR LLP<br>P.O. Box 91302<br>Seattle, WA 98111-9402<br>Telephone: 206.223.7000<br>wackerbartht@ballardspahr.com | Stephen P. DeNittis*<br>DENITTIS OSEFCHEN PRINCE, P.C.<br>5 Greentree Centre, Suite 410<br>523 Route 73 N.<br>Marlton, New Jersey 08057<br>Telephone: (856) 797-9951<br>sdenittis@denittislaw.com |
| *Attorneys for Defendant*<br>*Sirius XM Radio LLC* | **Pro hac vice* application to be submitted<br><br>*Attorneys for Plaintiffs*<br>*and the Proposed Class* |

STIPULATION AND ORDER RE:
PROPOSED LITIGATION SCHEDULE - 3
CASE NO. 2:24-CV-886-KKE

HATTIS & LUKACS
11711 SE 8th Street, Suite 120
Bellevue, WA 98005
T: 425.233.8650 | F: 425.412.7171
www.hattislaw.com

**ORDER**

IT IS SO ORDERED:

January 28, 2025

_Kymberly K. Evanson_
Kymberly K. Evanson
United States District Judge